IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE NIEBLA,

    Plaintiff,

vs.                                         CASE NO. 4:05CV207-MMP/AK

JAMES V. CROSBY,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

This cause has been pending since June 15, 2005, and Plaintiff has yet to file an appropriate motion for leave to proceed in forma pauperis and resolve the payment of filing fees. It was previously recommended that the case be dismissed for failure to prosecute (doc. 7), but Plaintiff moved for reconsideration citing several recent transfers as cause for his delay, and the motion was granted. (Doc. 11). Plaintiff moved to have the Defendant pay the filing fee and other motions, which were denied, and it was explained to him that he must submit the proper motion or his case would be dismissed. (Doc. 17). When nothing further was filed, the Court entered a show cause order and

directed a response on or before March 29, 2006.  Nothing has been received from the Plaintiff.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute.  Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court (docs. 17 and 18) and has not otherwise prosecuted his lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **4th** day of May, 2006.

                s/ A. KORNBLUM
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:02CV396-SPM/AK