IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE NIEBLA,

    Plaintiff,

v.                                                                                     CASE NO. 4:05-cv-00207-MP-AK

JAMES V. CROSBY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 19, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's case be dismissed with prejudice for failure to obey two orders of court and for failure to prosecute. The Magistrate Judge filed the Report and Recommendation on Thursday, May 4, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

In two separate orders, Docs. 17 and 18, Plaintiff was directed to pay the filing fee for this case, and was warned that failure to comply with the order would result in dismissal. To date Plaintiff has failed to obey these orders or to otherwise prosecute this lawsuit. Therefore, having considered the Report and Recommendation and lack of objections thereto filed, I have

determined that the Report and Recommendation should be ADOPTED.  Accordingly, it is

hereby

> **ORDERED AND ADJUDGED:**
>
> 1.  The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.
>
> 2.  This case is dismissed with prejudice, and the Clerk is directed to close this case.
>
> **DONE AND ORDERED** this   *20th* day of October, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
